UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANKLIN B. SHAW,<br><br>              Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | CASE NO. C15-1523-JCC<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having reviewed Plaintiff's complaint, the parties' briefing, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the lack of objections thereto, and the balance of the record, hereby FINDS and ORDERS that:

(1)   The Court ADOPTS the Report and Recommendation (Dkt. No. 14).

(2)   The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)   The Clerk of the Court is DIRECTED to send copies of this order to the parties and to Judge Donohue.

//

1  DATED this 29th day of July 2016.

2

3

4

5

6

7  John C. Coughenour
   UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING CASE
PAGE - 2